WILLIAM GUTHEIL, APPELLANT, v. JULIUS NELSON, RESPONDENT.

Submitted March 22, 1915—Decided June 14, 1915.

On appeal from the Supreme Court, whose opinion is reported in 86 *N. J. L.* 1.

For the appellant, *Merritt Lane.*

For the respondent, *Horace Allen.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, JJ. 11.

*For reversal*—None.